**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                          CASE NO. 8:04-CR-62-T-17-MSS

COURTNEY TREVINO DASHER
_____/

**ORDER**

This cause comes before the Court on the defendant's motion to remove counsel of record and to proceed in propria persona (Docket No. 138). The defendant has been convicted and sentenced and his conviction and sentence have been affirmed on appeal. The defendant is not entitled to representation on collateral attacks on his conviction and sentence, which is all that is available to the defendant at this juncture. Accordingly, it is

**ORDERED** that defendant's motion (Docket No. 138) be **granted only in that the counsel of record is allowed to withdraw from this case** but denied in all other respects. The defendant may only proceed with collateral attacks, i.e. Section 2255, on his conviction and sentence, therefore, none of the motions previously filed are appropriate and will not be reactivated. A motion to proceed without payment of fees must be filed at the time of filing any collateral attack on his conviction and sentence.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 26th day of September, 2006.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record